**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| **v.** | ) | **2:95cr10-MHT** |
| | ) | **(WO)** |
| **ASYA KAR ANGLE** | ) | |

**ORDER**

For good cause shown, it is ORDERED that the government's motion to dismiss the indictment (Doc. 7) is granted and the indictment (Doc. 3) is dismissed without prejudice.

DONE, this the 24th day of March, 2021.

                                         **/s/ Myron H. Thompson**
                                 **UNITED STATES DISTRICT JUDGE**